**William Christopher CHEATHAM–BEY, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2007–5155.

United States Court of Appeals, Federal Circuit.

Jan. 14, 2008.

### ORDER

Appellant having paid the initial filing fee, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Respondent should compute their time for the filing of the brief from the date of this order.

**Donald F. SMITH, Claimant–Appellee,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellant.**

No. 2008–7019.

United States Court of Appeals, Federal Circuit.

Jan. 15, 2008.

Donald F. Smith, pro se.

ON MOTION

*ORDER*

Upon consideration of the Secretary of Veterans Affairs' motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**Robert H. DESALES, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2008–7031.

United States Court of Appeals, Federal Circuit.

Jan. 15, 2008.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).